UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

_____

| | |
|---|---|
| JACOB SMITH, | JUDGMENT IN A CIVIL CASE |
| Appellant, | CV 20-30-BU-BMM |
| vs. | |
| MICHAEL DAVID SOTO, et al., | |
| Appellees. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED this action is DISMISSED.

Dated this 15th day of March, 2021.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk